AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
AUG 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT AND VENUE |
| v. | |
| RAMON MEDINA-JUAREZ | CASE NUMBER: 08CR1787BTM |

I, RAMON MEDINA-JUAREZ, the above named defendant, who is accused of committing the following offense:

Title 18, United States Code, Section 1001 False Statement (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 8, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. Additionally, I waive venue in accordance with Rule 18 of the Federal Rules of Criminal Procedure to be charged in the Southern District of California for the prompt administration of justice.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer